AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District MASSACHUSETTS | | |
|---|---|---|---|
| Name LUIS ZULUAGA | Prisoner No. W57320 | Case No. | |

Place of Confinement: M. C. I. NORFOLK
2 CLARK STREET – POST OFFICE BOX 43
NORFOLK, MA   02056

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| LUIS ZULUAGA   v. | LUIS S. SPENCER |

The Attorney General of the State of: THOMAS F. REILLY

05-11856NG
*referred to mJ Leo T Sorokin*

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  MIDDLESEX SUPERIOR COURT
   40 THORNDIKE STREET, CAMBRIDGE, MIDDLESEX COUNTY, MA

2. Date of judgment of conviction  OCTOBER 19, 1994

3. Length of sentence  18 – 20 years

4. Nature of offense involved (all counts)  TRAFFICKING IN CONTROLLED SUBSTANCE, 200+ GRAMS

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  MASSACHUSETTS APPEALS COURT

   (b) Result  CONVICTION AFFIRMED

   (c) Date of result and citation, if known  COMMONWEALTH V. ZULUAGA, 43 Mass.App.Ct. 629 (October 10, 1997).

   (d) Grounds raised  VALIDITY OF SEARCH WARRANT; VALIDITY OF SEARCH; VALIDITY OF INFORMANT'S FIFTH AMENDMENT PRIVILEGE; DUE PROCESS DENIAL, FAILURE TO ADMIT INFORMANT'S CONFESSION PROSECUTORIAL MISCONDUCT IN CLOSING ARGUMENT.

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court  SUPREME JUDICIAL COURT

     (2) Result  DENIED

     (3) Date of result and citation, if known  _____

     (4) Grounds raised  SAME AS ON APPEAL.

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court  _____

     (2) Result  _____

     (3) Date of result and citation, if known  _____

     (4) Grounds raised  _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ☒  No ☐    (SEE ALSO ATTACHED PAGE 4(a))

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court  MIDDLESEX SUPERIOR COURT

     (2) Nature of proceeding  MOTION FOR NEW TRIAL

     (3) Grounds raised  INEFFECTIVE ASSISTANCE OF COUNSEL

AO 241 (Rev. 5/85)

---

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result __DENIED__

(6) Date of result __OCTOBER 10, 2000__

(b) As to any second petition, application or motion give the same information:

(1) Name of court __MIDDLESEX SUPERIOR COURT__

(2) Nature of proceeding __MOTION FOR NEW TRIAL__

(3) Grounds raised __DUE PROCESS DENIAL, SUPPRESSION OF EVIDENCE; CONFRONTATION DENIAL, DEPRIVED OF OPPORTUNITY AT EFFECTIVE CROSS-EXAMINATION.__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result __DENIED__

(6) Date of result __July 2, 2004__

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☒   No ☐
(2) Second petition, etc.   Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

(1) Name of court: UNITED STATES SUPREME COURT

(2) Nature of proceeding: PETITION FOR WRIT OF HABEAS CORPUS

(3) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL

(4) Did you receive an evidentiary hearing: NO

(5) Result: DENIED WITHOUT COMMENT OR DECISION ON MERITS

(6) Date of result: JANUARY 21, 2003

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __DENIAL OF DUE PROCESS, SUPPRESSION OF EVIDENCE__

Supporting FACTS (state *briefly* without citing cases or law) ON MAY 7, 2004 ZULUAGA DISCOVERED EVIDENCE, SUPPRESSED BY THE PROSECUTION AT THE TIME OF TRIAL, ESTABLISHING THAT THE STATE'S LEAD INVESTIGATING OFFICER, AND SOLE TESTIFYING WITNESS ON COMPLETE ACCOUNTING OF INFORMANT'S ALLEGED REVELATIONS, HAD FURNISHED FALSE TESTIMONY TO A GRAND JURY WHICH HAD RESULTED IN DISMISSAL OF THE PERTINENT INDICTMENTS THERE OBTAINED, AT A TIME PRIOR TO THE PROSECUTION OF ZULUAGA'S CASE. THE SUPPRESSED AND HIGHLY IMPEACHING NATURE OF THIS NEWLY-DISCOVERED EVIDENCE SUSTANTIATES THAT ZULUAGA WAS DEPRIVED OF EXERCISING HIS 14TH AMENDMENT RIGHT TO PREPARE AND PRESENT A DEFENSE.

B. Ground two: __DENIAL OF RIGHT OPPORTUNITY AT EFFECTIVE CROSS-EXAMINATION__

Supporting FACTS (state *briefly* without citing cases or law): ON MAY 7, 2004 ZULUAGA DISCOVERED EVIDENCE, SUPPRESSED BY THE PROSECUTION AT THE TIME OF TRIAL, ESTABLISHING THAT THE STATE'S LEAD INVESTIGATING OFFICER, AND SOLE TESTIFYING WITNESS ON COMPLETE ACCOUNTING OF INFORMANT'S ALLEGED REVELATIONS, HAD FURNISHED FALSE TESTIMONY AT A GRAND JURY WHICH HAD RESULTED IN DISMISSAL OF THE PERTINENT INDICTMENTS THERE OBTAINED, AT A TIME PRIOR TO THE PROSECUTION OF ZULUAGA'S CASE. THE SUPPRESSION AND HIGHLY IMPEACHING NATURE OF THIS NEWLY-DISCOVERED EVIDENCE DEPRIVED ZULUAGA OF HIS 6TH AMENDMENT RIGHT TO AN OPPORTUNITY AT EFFECTIVE CROSS-EXAMINATION.

AO 241 (Rev. 5/85)

C. Ground three: DENIAL OF DUE PROCESS, FAILURE TO ADMIT INFORMANT'S CONFESSION

Supporting FACTS (state *briefly* without citing cases or law): THE TRIAL COURT DENIAL OF ZULUAGA'S ATTEMPT TO INTRODUCE THE NONTESTIFYING STATE INFORMANT'S CONFESSION, WHICH TOTALLY CONTRADICTED THE TESTIMONY OF THE STATE'S LEAD INVESTIGATING OFFICER, MADE TO A DEFENSE PRIVATE INVESTIGATOR AND TWO DEFENSE COUNSEL PRIOR TO TRIAL, UNDER THE HEARSAY EXCEPTION TO FED.R.EVID. 804(b)(3) DEPRIVED ZULUAGA OF DUE PROCESS OF LAW.

D. Ground four

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☒  No ☐   PETITION FOR WRIT OF CERTIORARI, U.S. SUPREME COURT
                   ZULUAGA V. MASSACHUSETTS, U.S.S.CT., NO. 05-5875.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  RUSSELL C. SOBELMAN, ESQUIRE
                                152 THE LYNNWAY
                                LYNN, MA           01902

    (b) At arraignment and plea  (SAME)

AO 241 (Rev. 5/85)

    (c) At trial __(SAME)__

    (d) At sentencing __(SAME)__

    (e) On appeal __(SAME)__

    (f) In any post-conviction proceeding __PRO SE__

    (g) On appeal from any adverse ruling in a post-conviction proceeding __PRO SE__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__9-6-05__
(date)

_____
Signature of Petitioner

(7)