UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS ZULUAGA,
    PETITIONER

V.                             C.A. No. 05cv11856NG

LUIS S. SPENCER,
    RESPONDENT

## CERTIFICATE OF SERVICE

I, Luis Zuluaga, do hereby certify that true and factual copies of the herewith filed Memorandum of Law in Support of Petition for Writ of Habeas Corpus w/Appendix and Addendum to Memorandum of Law in Support of Petition for Writ of Habeas Corpus have been served upon the Office of the Attorney General for the Commonwealth of Massachusetts, Cathryn A. Neaves, A.A.G., One Asburton Place, 18th Floor, Boston, MA 02108, Tel. No. (617) 727-2200, by forwarding same First Class Mail, Postage Pre-Paid, this 11th day of October, 2005.

Respectfully submitted,

Luis Zuluaga, pro se
Post Office Box 43
Norfolk, MA 02056