UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS ZULUAGA, </br>  Petitioner, </br> </br> v. </br> </br> LUIS SPENCER, </br>  Respondent. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | </br> </br> </br> Civil Action No. 05-11856-NG |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

> Respectfully submitted,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
> /s/ Annette C. Benedetto
> Annette C. Benedetto
> Assistant Attorney General
> Criminal Bureau
> One Ashburton Place
> Boston, Massachusetts 02108
> (617) 727-2200
> BBO No. 037060

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following petitioner pro se by first class mail, postage pre-paid, on October 18, 2005.

Luis Zuluaga, pro se
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056

> /s/Annette C. Benedetto
> Annette C. Benedetto
> Assistant Attorney General