**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **LUIS ZULUAGA,** | ) | |
|   Petitioner, | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-11856-NG** |
| | ) | |
| **LUIS SPENCER,** | ) | |
|   Respondent. | ) | |
| | ) | |

**MOTION TO ENLARGE THE TIME**
**FOR FILING A RESPONSIVE PLEADING**

The respondent respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to December 15, 2005.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the record of the petitioner's state court proceedings from the Middlesex County District Attorney's office.  The district attorney's office must locate the files, duplicate the records, including trial transcripts, and transmit a copy to the Attorney General's Office.  These are time-consuming tasks which District Attorney staffers must fit into their regular pressing duties.  Additional time is

**2**

needed to review all the documents and transcripts when they arrive, to research relevant issues and to draft an appropriate response to the petition.

3. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include more than fifty cases including federal habeas corpus petitions, direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to December 15, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

**CERTIFICATE OF SERVICE**

_____I hereby certify that a true copy of the above document was served upon the following petitioner pro se by first class mail, postage pre-paid, on October 18, 2005.

Luis Zuluaga, pro se
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056                    /s/ Annette C. Benedetto
                                     Annette C. Benedetto
                                     Assistant Attorney General