UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS ZULUAGA,<br>  Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>  Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11856-NG |

### MOTION TO DISMISS

The respondent in the above-stated action respectfully moves this Court to dismiss the petition for failure to state a claim upon which habeas corpus relief can be granted. Fed. R. Civ. P. 12 (b)(6). The petition is time-barred and must be dismissed. 28 U.S. C. § 2254 (b)(i)(a). A memorandum of law in support of the motion is submitted.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL
                                          /s/ Annette C. Benedetto
                                          Annette C. Benedetto
                                          Assistant Attorney General
                                          Criminal Bureau
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 727-2200
                                          BBO No. 037060

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the following petitioner pro se by first class mail, postage pre-paid, on December 15, 2005.

Luis Zuluaga, pro se  
MCI Norfolk  
P.O. Box 43  
Norfolk, MA 02056                  /s/ Annette C. Benedetto  
                                                  Annette C. Benedetto  
                                                  Assistant Attorney General