UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **LUIS ZULUAGA,**<br>    Petitioner,<br><br>v.<br><br>**LUIS SPENCER,**<br>    Respondent. | )<br>)<br>)<br>)<br>)     **Civil Action No. 05-11856-NG**<br>)<br>)<br>)<br>) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**LIST OF EXHIBITS**

Exhibit A:   Criminal Docket Sheets- Micr1993-00680

Exhibit B:   *Commonwealth v. Zuluaga*, 43 Mass. App. Ct. 629, 686 N.E. 2d 463 (1997)

Exhibit C:   Notice of Denial of F.A.R. Application

Exhibit D:   *Commonwealth v. Zuluaga*, 53 Mass. App. Ct. 1110, 760 N.E. 2d 814 (Table)(2002)

Exhibit E:   *Commonwealth v. Zuluaga,* 436 Mass. 1102, 766 N.E.2d 70 (2002)).

Exhibit F:   *Zuluaga v. Massachusetts*, 537 U.S. 982 (2002).

Exhibit G:   Case Docket - *Commonwealth v. Zuluaga*, 63 Mass. App. Ct. 1114, 826 N.E. 2d 794 (Table)(2005)(Unpublished).

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
 /s/ Annette C. Benedetto

2

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following petitioner pro se by first class mail, postage pre-paid, on December 15, 2005.

Luis Zuluaga, pro se
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056                    /s/ Annette C. Benedetto
                                     Annette C. Benedetto
                                     Assistant Attorney General