UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 OCT 30 P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

LUIS ZULUAGA,
    PETITIONER

V.                 C.A. NO. 05-11856-NG

LUIS S. SPENCER,
    RESPONDENT

## MOTION FOR APPOINTMENT OF COUNSEL
## AND
## FOR AN EVIDENTIARY HEARING

Comes now the Petitioner, Luis Zuluaga ("Zuluaga"), pro se, in the interests of justice and pursuant to the provisions of 18 U.S.C. § 3006A(a)(2), 28 U.S.C. 1915(e)(1), 28 U.S.C. foll. § 2254 and Rule 8(a), and hereby moves this Honorable Court for each the appointment of counsel and for an evidentiary hearing in the above-captioned matter.

In support hereof, Zuluaga attaches and incorporates (1) the Memorandum of Law in Support of Motion for Appointment of Counsel and for an Evidentiary Hearing and (2) the Application to Proceed In Forma Pauperis with Affidavit in support thereof.

Wherefore, Zuluaga prays that this Honorable Court grant and allow the instant motion.

Dated: 10-27-06

Respectfully submitted,

_____
Luis Zuluaga, pro se
Post Office Box 43
Norfolk, MA  02056