ATTORNEY ASSIGNMENT REQUEST

Petitioner:__Luis Zuluaga_____     Civil Case Number__05cv11856NG_____

Date of Appointment:_____     Appointed by:_____

Attorney Withdrawn_____     Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indicment_____     Information_____     Probation Revocation_____

Number of Defendants_____

Judge Code_____

Special Instructions:__Please appoint CJA attorney for the above matter._____

_____

_____

_____

_____

　　　　　___/s/ JENNIFER FILO_____
　　　　　　　　Deputy Clerk

　　　　　Dated__November 28, 2006_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

[attyreq.;kattyreq.]