## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                              )
**LUIS ZULUAGA,**             )
  Petitioner,            )
                              )
**v.**                        )     **Civil Action No. 05-11856-NG**
                              )
**LUIS SPENCER,**             )
  Respondent.            )
_____)

### MOTION TO CONTINUE 12/19/06 STATUS CONFERENCE UNTIL
### RESPONDENT'S ANSWER IS FILED AND COUNSEL IS APPOINTED

The respondent, through counsel, respectfully moves this Court to continue the status conference scheduled for December 19, 2006 at 2:30 p.m. in the above-captioned petition for writ of habeas corpus until after an Answer is filed and the petitioner's counsel is appointed. As reasons therefor, the respondent's counsel states:

1. On November 28, 2006, the Court granted the pro se petitioner's Motion to Appoint Counsel and the request was forwarded to Maria Simeone for appointment of counsel.

2. To date no specific counsel has been named but the appointment is hopefully imminent.

3. After the petitioner's counsel is named and has had an opportunity to review the documents and filings relevant to the case, the respondent's counsel will move for a joint briefing schedule so that any open issues may be addressed by both parties.

4. In the meanwhile, the respondent wishes to file an Answer to the petition and will do so by January 31, 2007. (The respondent did file a Motion to Dismiss the petition

2

which was denied in part and granted in part.)

5. Since the petitioner is currently pro se, it is respectfully suggested that the status conference be continued until such time as his attorney is appointed and the petitioner may consult with counsel regarding the issues remaining in the case.

WHEREFOR, the respondent respectfully moves this Court to continue the status conference scheduled for December 19, 2006, at 2:30 p.m. until after an Answer is filed and the petitioner's counsel is appointed.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following petitioner pro se by first class mail, postage pre-paid, on December 13, 2006.

Luis Zuluaga, pro se
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056                    /s/ Annette C. Benedetto
                                     Annette C. Benedetto