# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                )
**LUIS ZULUAGA,**               )
  **Petitioner,**      )
                                )
**v.**                          )       **Civil Action No. 05-11856-NG**
                                )
**LUIS SPENCER,**               )
  **Respondent.**       )
_____)

## ANSWER

      **The respondent answers the numbered paragraphs of the above-captioned  petition for writ of habeas corpus as follows:**

**1-8.**        **Admitted.**

**9(a).**        **Admitted.**

**9(b).**        **Admitted.**

**9(c)**        **Admitted.  _Commonwealth v. Zuluaga_, 43 Mass. App. Ct. 629 (1997)**

**9(d).**        **The respondent is submitting documents from the petitioner's state court proceedings including court decisions from his direct appeal.  The record, indicates the specific grounds raised and speaks for itself.**

**9(e)(1).**        **Admitted.**

**9(e)(2).**        **Admitted.**

**9(e)(3).**        **_Commonwealth v. Zuluaga_, 426 Mass. 1104 (1997)(FAR denied on November 20, 1997).**

**9 (e)(4).**        **The respondent is submitting documents from the petitioner's state court proceedings.  The record indicates the specific grounds raised and speaks for itself.**

**10.**        **Admitted.**

2

| | |
|---|---|
| **11(a)(1)-2.** | **Admitted.** |
| **11(a)(3).** | **The respondent is submitting documents from the petitioner's state court proceedings and the record, which clearly indicates the specific grounds raised, speaks for itself.** |
| **11(a)(4).** | **Admitted.** |
| **11(a)(5).** | **Admitted.** |
| **11(a)(6).** | **Denied.  According to the court docket, the decision denying the petitioner's motion for a new trial was issued on October 3, 2000.** |
| **11(b)(1).** | **Admitted.** |
| **11(b)(2).** | **Admitted.** |
| **11(b)(3).** | **The respondent is submitting documents from the petitioner's state court proceedings and the record, which clearly indicates the specific grounds raised, speaks for itself.** |
| **11(b)(4).** | **Admitted.** |
| **11(b)(5).** | **Admitted.** |
| **11(b)(6).** | **Admitted.** |
| **11(c)(1).** | **Admitted.** |
| **11(c)(2).** | **Admitted.** |
| **12A-12C.** | **These paragraphs contains conclusions of law requiring no response.  To the extent that the petitioner presents facts, they are denied.** |
| **14.** | **Denied.  The petition for writ of certiorari in the United States Supreme Court was denied on October 11, 2005.  *Zuluaga v. Commonwealth,* No. 05-5875.** |
| **15.** | **Admitted.** |
| **16.** | **Admitted.** |

3

17.        The respondent is without knowledge or information sufficient to form a belief as to the truth of these paragraphs.

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

**DIRECT APPEAL**:

1.    Brief for the Defendant-Appellant in *Commonwealth v. Zuluaga* on Appeal to the Massachusetts Appeals Court (No. 96-P-1)

2.    Brief and Supplemental Record Appendix For the Commonwealth (No. 96-P-1).

3.    Reply Brief for the Defendant-Appellant (No. 96-P-1).

4.    *Commonwealth v. Zuluaga*, 43 Mass. App. Ct. 629, 686 N.E. 2d 463 (1997)

5.    Defendant-Appellant's Application for Leave to Obtain Further Appellate Review in the Supreme Judicial Court (FAR-9481). *Commonwealth v. Zuluaga*, 436 Mass. 1102, 766 N.E. 2d 70 (Table)(2002)(FAR denied).

**FIRST MOTION FOR NEW TRIAL**:

6.    Brief and Supplemental Record Appendix for the Commonwealth in the Massachusetts Appeals Court (No. 00-P-1748).

7.    *Commonwealth v. Zuluaga*, 53 Mass. App. Ct. 1110, 760 N.E. 2d 814 (2002).

8.    Application for Further Appellate Review (FAR 12370). *Commonwealth v. Zuluaga,* 436 Mass. 1102, 766 N.E. 2d 70 (2002)(FAR denied).

**SECOND MOTION FOR NEW TRIAL**:

9.    Brief of the Appellant on Appeal from Judgments of the Superior Court (No. 04-P-1059)

4

10.    Record Appendix (No. 04-P-1059)

11.    Brief and Supplemental Record Appendix for the Commonwealth (No. 04-P-1059)

12.    *Commonwealth v. Zuluaga*, 63 Mass. App. Ct. 1114, 826 N.E. 2d 794 (Table)(2005)(Unpublished).

13.    Application for Leave to Obtain Further Appellate Review with Appendix (FAR 14844). *See Commonwealth v. Zuluaga*, 444 Mass 1106, 830 N.E. 2d 1088 (2005).

## DEFENSES

1.    The state court adjudication of the petitioner's claims was not contrary to nor an unreasonable application of clearly established Supreme Court law nor is it based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding. See 28 U.S.C. § 2254(d)(1).

2.    The petitioner has failed to state a claim upon which relief under 28 U.S.C. § 2254 can be granted.

3.    The respondent respectfully reserves the right to amend or supplement this Answer in the future should that need arise.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

**5**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated: January 30, 2007                    /s/ Annette C. Benedetto
                                           **Assistant Attorney General**