UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LUIS ZULUAGA,<br>   Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>   Respondent. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-11856-NG<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

**DIRECT APPEAL:**

1. Brief for the Defendant-Appellant in *Commonwealth v. Zuluaga* on Appeal to the Massachusetts Appeals Court (No. 96-P-1)

2. Brief and Supplemental Record Appendix For the Commonwealth (No. 96-P-1).

3. Reply Brief for the Defendant-Appellant (No. 96-P-1).

4. *Commonwealth v. Zuluaga*, 43 Mass. App. Ct. 629, 686 N.E. 2d 463 (1997)

5. Defendant-Appellant's Application for Leave to Obtain Further Appellate Review in the Supreme Judicial Court (FAR-9481). *Commonwealth v. Zuluaga*, 436 Mass. 1102, 766 N.E. 2d 70 (Table)(2002)(FAR denied).

**FIRST MOTION FOR NEW TRIAL:**

6. Brief and Supplemental Record Appendix for the Commonwealth in the Massachusetts Appeals Court (No. 00-P-1748).

7. *Commonwealth v. Zuluaga*, 53 Mass. App. Ct. 1110, 760 N.E. 2d 814 (2002).

2

8.  Application for Further Appellate Review (FAR 12370). *Commonwealth v. Zuluaga,* 436 Mass. 1102, 766 N.E. 2d 70 (2002)(FAR denied).

**SECOND MOTION FOR NEW TRIAL**:

9.  Brief of the Appellant on Appeal from Judgments of the Superior Court (No. 04-P-1059)

10. Record Appendix (No. 04-P-1059)

11. Brief and Supplemental Record Appendix for the Commonwealth (No. 04-P-1059)

12. *Commonwealth v. Zuluaga*, 63 Mass. App. Ct. 1114, 826 N.E. 2d 794 (Table)(2005)(Unpublished).

13. Application for Leave to Obtain Further Appellate Review with Appendix (FAR 14844). *See Commonwealth v. Zuluaga*, 444 Mass 1106, 830 N.E. 2d 1088 (2005).

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
**Assistant Attorney General**
**Criminal Bureau**
**One Ashburton Place**
**Boston, Massachusetts 02108**
**(617) 727-2200**
**BBO No. 037060**

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

**Dated: January 30, 2007**                               **/s/ Annette C. Benedetto**
                                                          **Assistant Attorney General**