UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS ZULUAGA,<br>  Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-11856-NG |
| LUIS SPENCER,<br>  Respondent. | )<br>)<br>)<br>) |  |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

**DIRECT APPEAL:**

1. Brief for the Defendant-Appellant in *Commonwealth v. Zuluaga* on Appeal to the Massachusetts Appeals Court (No. 96-P-1)

2. Brief and Supplemental Record Appendix For the Commonwealth (No. 96-P-1).

3. Reply Brief for the Defendant-Appellant (No. 96-P-1).

4. *Commonwealth v. Zuluaga*, 43 Mass. App. Ct. 629, 686 N.E. 2d 463 (1997)

5. Defendant-Appellant's Application for Leave to Obtain Further Appellate Review in the Supreme Judicial Court (FAR-9481). *Commonwealth v. Zuluaga*, 436 Mass. 1102, 766 N.E. 2d 70 (Table)(2002)(FAR denied).

2

**FIRST MOTION FOR NEW TRIAL**:

6. Brief and Supplemental Record Appendix for the Commonwealth in the Massachusetts Appeals Court (No. 00-P-1748).

7. *Commonwealth v. Zuluaga*, 53 Mass. App. Ct. 1110, 760 N.E. 2d 814 (2002).

8. Application for Further Appellate Review (FAR 12370). *Commonwealth v. Zuluaga,* 436 Mass. 1102, 766 N.E. 2d 70 (2002)(FAR denied).

**SECOND MOTION FOR NEW TRIAL**:

9. Brief of the Appellant on Appeal from Judgments of the Superior Court (No. 04-P-1059)

10. Record Appendix (No. 04-P-1059)

11. Brief and Supplemental Record Appendix for the Commonwealth (No. 04-P-1059)

12. *Commonwealth v. Zuluaga*, 63 Mass. App. Ct. 1114, 826 N.E. 2d 794 (Table)(2005)(Unpublished).

13. Application for Leave to Obtain Further Appellate Review with Appendix (FAR 14844). *See Commonwealth v. Zuluaga*, 444 Mass 1106, 830 N.E. 2d 1088 (2005).

      Respectfully submitted,

      MARTHA COAKLEY
      ATTORNEY GENERAL

      /s/ Annette C. Benedetto
      Assistant Attorney General
      Criminal Bureau
      One Ashburton Place
      Boston, Massachusetts 02108
      617-727-2200
      BBO No. 037060

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above documents was served upon the following counsel for the petitioner by first class mail, postage pre-paid, on January 30, 2007.

**Raymond E. Gillespie, Esq.**
**875 Massachusetts Avenue**
**Suite 32**
**Cambridge, MA 02139**

                                              **/s/ Annette C. Benedetto**
                                              **Assistant Attorney General**