Luis Zuluaga
Post Office Box 43
Norfolk, MA  02056
February 5, 2007

FILED
IN CLERKS OFFICE

2007 FEB -6  P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
District of Massachusetts
Tony Anastas, Clerk
One Courthouse Way, Suite 2500
Boston, MA            02210

Re: Zuluaga v. Spencer, C.A. No. 05-11856 NG

Dear Clerk Anastas,

On November 28, 2006 Judge Gertner granted my pro se motion for appointment of counsel in the above-referenced matter. As of the date of this letter, I have not received any notice as to what lawyer has been assigned to my case, nor have I received notice from any counsel pertinent to same.

At your earliest convenience, would you please advise me of the name and address of the attorney who has been assigned to represent me?

Thanking you greatly for your time, consideration, and most thoughtful attention, I am

Sincerely yours,

*[signature]*

Luis Zuluaga, pro se

cc: File