UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL. NO. 05-11856-NG

LUIS ZULUAGA,

Petitioner

V.

LUIS SPENCER,

Respondent.

PETITIONER'S ASSENTED-TO MOTION
FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW

The petitioner, Luis Zuluaga, through his undersigned counsel, hereby moves this Honorable Court for an extension of time from April 2 to April 30, 2007 to file a memorandum or other appropriate pleading in support of the pro se petition originally filed herein.

As reason therefore, petitioner states that a full trial transcript is necessary for an adequate review of the case and preparation of the memorandum and that the same has been requested from respondent but is not ready yet.  Petitioner's counsel further states that he anticipates delivery of the transcript in the near future but that the extra time is necessary due to his briefing schedule in United States v. Girard Lafortune, First Circuit No. 06-1699 (appeal of a 420 month sentence) and United States v. Theodore, Crim. No. 00-10023-GAO (motion for new trial after remand).  In addition, counsel will be out of town on vacation from April 15 to April 23.


Respectfully submitted,

S/Raymond E. Gillespie
Raymond E. Gillespie
B.B.O. #192300
875 Massachusetts Ave   Suite 32
Cambridge   MA   02139
(617) 661-3222
rgillespie1@prodigy.net


Assented to:


s/Annette Benedetto
Assistant Attorney General
Commonwealth of Massachusetts
for Respondent


April 2, 2007


**CERTIFICATE OF SERVICE**

I, Raymond E. Gillespie, hereby certify that I the foregoing document will be served on all parties listed to receive electronic notice under the Electronic Case Filing system in this case as of the filing date hereof, April 2, 2007:


S/Raymond E. Gillespie
Raymond E. Gillespie


April 2, 2007