UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS ZULUAGA,<br>   Petitioner, | )<br>)<br>)<br>) |  |
| v. | )<br>) | Civil Action No. 05-11856-NG |
| LUIS SPENCER,<br>   Respondent. | )<br>)<br>)<br>) |  |

## SECOND SUPPLEMENTAL ANSWER

In connection with the above-captioned petition for writ of habeas corpus, the respondent herein submits the state court transcripts from the petitioner's motion to suppress hearing and trial in Middlesex Superior Court in Commonwealth v. Luis Zuluaga, Hugo Restrepo and Arlon Osaria, No. 93-680-001, 93-682-001, 93-681-001, 93-681-002.

**PRE TRIAL MOTIONS HEARING:**

Volume I        Dec. 7, 1993
Volume II       Dec. 9, 1993
Volume III      Dec. 20, 1993
Volume IV       Dec. 21, 1993
Volume V        Dec. 22, 1993
Volume VI       Feb. 23, 1994
Volume VII      Feb. 24, 1994
Volume VIII     July 26, 1994

**TRIAL**

Volume I        Oct. 3, 1994
Volume II       Oct. 4, 1994
Volume III      Oct. 5, 1994
Volume IV       Oct. 6, 1994
Volume V        Oct. 7, 1994
Volume VI       Oct. 11, 1994
Volume VII      Oct. 12, 1994
Volume VIII     Oct. 13, 1994
Volume IX       Oct. 14, 1994

2

Volume X      Oct. 17, 1994
Volume XI     Oct. 18, 1994
Volume XII    Oct. 19, 1994

                                                Respectfully submitted,

                                                **MARTHA COAKLEY**
                                                **ATTORNEY GENERAL**

                                                **/s/ Annette C. Benedetto**
                                                **Assistant Attorney General**
                                                **Criminal Bureau**
                                                **One Ashburton Place**
                                                **Boston, Massachusetts 02108**
                                                **(617) 727-2200**
                                                **BBO No. 037060**

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

                                                **/s/ Annette C. Benedetto**
**Dated: April 11, 2007**                    **Assistant Attorney General**