UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS ZULUAGA,<br>   Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-11856-NG |
| LUIS SPENCER,<br>   Respondent. | )<br>)<br>)<br>) |  |

### NOTICE OF FILING TRANSCRIPTS WITH CLERK'S OFFICE

Notice is hereby given that the transcripts listed below have been manually filed with the Court and are available in paper form only:

In connection with the above-captioned petition for writ of habeas corpus, the respondent herein submits the state court transcripts from the petitioner's motion to suppress hearing and trial in Middlesex Superior Court in Commonwealth v. Luis Zuluaga, Hugo Restrepo and Arlon Osaria, No. 93-680-001, 93-682-001, 93-681-001, 93-681-002.

**PRE TRIAL MOTIONS HEARING:**

Volume I      Dec. 7, 1993
Volume II     Dec. 9, 1993
Volume III    Dec. 20, 1993
Volume IV     Dec. 21, 1993
Volume V      Dec. 22, 1993
Volume VI     Feb. 23, 1994
Volume VII    Feb. 24, 1994
Volume VIII   July 26, 1994

**TRIAL**

Volume I      Oct. 3, 1994
Volume II     Oct. 4, 1994
Volume III    Oct. 5, 1994
Volume IV     Oct. 6, 1994
Volume V      Oct. 7, 1994
Volume VI     Oct. 11, 1994
Volume VII    Oct. 12, 1994
Volume VIII   Oct. 13, 1994

2

Volume IX     Oct. 14, 1994
Volume X      Oct. 17, 1994
Volume XI     Oct. 18, 1994
Volume XII    Oct. 19, 1994

The original documents are maintained in the case file in the Clerk's Office.

    Respectfully submitted,

    ATTORNEY FOR RESPONDENT

    MARTHA COAKLEY
    ATTORNEY GENERAL

    /s/ Annette C. Benedetto
    Annette C. Benedetto
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200
    BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated: April 11, 2007        /s/ Annette C. Benedetto
                                         Annette C. Benedetto