UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS ZULUAGA, | ) ) ) ) | |
| Petitioner | ) | |
| v. | ) ) | CIV. NO. 05-11856-NG |
| LUIS SPENCER, | ) ) ) | |
| Respondent | ) ) | |

**PETITIONER'S SECOND ASSENTED-TO MOTION FOR EXTENSION OF TIME**

The petitioner hereby moves this Honorable Court for an order extending the time within which he is to file a memorandum, or other appropriate supplemental pleading in support of the original *pro se* petition herein, from April 30 to May 7, 2007.

As reason therefore, undersigned counsel states that he received the full trial and pretrial transcript on or about April 13, 2007.  It is approximately 3,000 pages long.  He was on a family vacation from April 15 to April 22.  As a result, he has not been able to finish his intended filing by April 30 but reasonably anticipates doing so by May 7.

Petitioner further states that the respondent, through

counsel, assents to the allowance of this motion.

By his attorney,


S/Raymond E. Gillespie
Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue Suite 32
Cambridge, MA 02139
(617) 661-3222

Assented to:

S/Annette Benedetto
Annette Benedetto
Assistant Attorney General
Commonwealth of Massachusetts
Attorney for Respondent


**Certificate of Service**


    I, Raymond E. Gillespie, attorney for the petitioner, Luis Zuluaga, hereby certify that a copy of the foregoing Second Assented-to Motion for Extension of Time was served electronically on all parties listed to receive such service in this case on April 30, 2007:


S/Raymond E. Gillespie
Raymond E. Gillespie