UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL. NO. 05-11856-NG

LUIS ZULUAGA,

Petitioner

V.

LUIS SPENCER,

Respondent.

PETITIONER'S THIRD ASSENTED-TO MOTION
FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW

The petitioner, Luis Zuluaga, through his undersigned counsel, hereby moves this Honorable Court for an extension of time from May 7 to May 14, 2007 to file a memorandum or other appropriate pleading in support of the pro se petition originally filed herein.

As reason therefore, counsel for petitioner states that he has not been able to finish the memorandum to date because he has been juggling four major writing assignments at the same time: a brief in <u>United States v. Girard Lafortune</u>, First Circuit No. 06-1699, an amended motion for new trial in <u>United States v. Theodore</u>, Crim. No. 00-10023-GAO, a sentencing memorandum after remand in <u>United States v. Lopez</u>, Crim. No. 004-10033-PBS and the instant case, as well as attending to the rest of a very busy caseload. Counsel does not anticipate any further requests for extension of time.

Respectfully submitted,

S/Raymond E. Gillespie
Raymond E. Gillespie

B.B.O. #192300
875 Massachusetts Ave   Suite 32
Cambridge   MA   02139
(617) 661-3222


Assented to:


s/Annette Benedetto
Assistant Attorney General
Commonwealth of Massachusetts
for Respondent


May 7, 2007


## CERTIFICATE OF SERVICE

    I, Raymond E. Gillespie, hereby certify that I the foregoing document will be served on all parties listed to receive electronic notice under the Electronic Case Filing system in this case as of the filing date hereof, May 7, 2007:


S/Raymond E. Gillespie
Raymond E. Gillespie

May 7, 2007