UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS ZULUAGA, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| V. ) | CIVIL. NO. 05-11856-NG |
| ) | |
| LUIS SPENCER, ) | |
| ) | |
| Respondent. ) | |
| ) | |

JOINT MOTION TO CONTINUE HEARING
DATE AND MODIFY BRIEFING SCHEDULE

The parties jointly move this Honorable Court for an order continuing the currently scheduled May 31 hearing date and modifying the briefing schedule herein as follows:

1. Petitioner's supplemental pleading shall be due by May 31, 2007;

2. Respondent's response shall be due August 6, 2007; and,

3. A hearing, if necessary, shall be held on August 23, 2007 or such other date to be set by the Court.

As reason therefore, the parties state that due to other briefing and litigation demands the petitioner cannot file his pleading until the week of May 28 and that the respondent requires ample time to reply as counsel's workload is similarly overbooked and she has a major evidentiary hearing near the end of July which will require most of the month to prepare for. The parties also state that the allowance of this motion will be

in the interests of justice.

Respectfully submitted,

S/Raymond E. Gillespie
Raymond E. Gillespie
Attorney for Petitioner
B.B.O. #192300
875 Massachusetts Ave   Suite 32
Cambridge   MA   02139
(617) 661-3222

s/Annette Benedetto
Assistant Attorney General
Commonwealth of Massachusetts
for Respondent
One Ashburton Place
Boston, MA 02108
(617) 727-2200, x2855

May 25, 2007

## CERTIFICATE OF SERVICE

I, Raymond E. Gillespie, hereby certify that I the foregoing document will be served on all parties listed to receive electronic notice under the Electronic Case Filing system in this case as of the filing date hereof, May 25, 2007:

S/Raymond E. Gillespie
Raymond E. Gillespie

joint_mtn_modify