UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS ZULUAGA, | ) | |
| Petitioner | ) ) ) | |
| V. | ) | CIVIL. NO. 05-11856-NG |
| LUIS SPENCER, | ) ) ) | |
| Respondent. | ) ) | |

PETITIONER'S MOTION TO FILE
SUPPLEMENTAL MEMORANDUM OF LAW *INSTANTER*

The petitioner hereby moves this Honorable Court for leave to file his Supplemental Memorandum of Law in Support of Pro Se Petition, etc., *Instanter*.

As reason therefore, petitioner states that it is in the interests of justice that this motion be allowed and that the respondent will not be unduly prejudiced thereby.

By his attorney,

S/Raymond E. Gillespie
Raymond E. Gillespie
B.B.O. #192300
875 Massachusetts Ave
Suite 32
Cambridge   MA   02139
(617) 661-3222

July 1, 2007

**CERTIFICATE OF SERVICE**

I, Raymond E. Gillespie, hereby certify that the foregoing

document will be served on all parties listed to receive electronic notice under the Electronic Case Filing system in this case as of the filing date hereof, July 1, 2007:

<u>S/Raymond E. Gillespie</u>
Raymond E. Gillespie

instanter