UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LUIS ZULUAGA,<br>  Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>  Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11856-NG<br>)<br>)<br>)<br>) |

MOTION TO ENLARGE THE TIME
FOR FILING A MEMORANDUM OF LAW

From the current deadline of August 6, 2007, the respondent respectfully moves this Court to enlarge the time in which to file an memorandum of law in the above-captioned petition for writ of habeas corpus to September 21, 2007.

As grounds therefor, the respondent's attorney states that she needs additional time to draft the memorandum due to conflicting litigation deadlines. Last week, the undersigned attorney had hearings in two major habeas cases, <u>Patnod v. Nolan</u> and <u>Wright v. Marshall</u>, and filed a dispositive motion and supporting memorandum of law in <u>Pagan v. Spencer</u>. On July 31, 2007, the respondent's counsel will appear in the United States Court of Appeals for the First Circuit to argue the respondent's case in a habeas appeal, <u>Derosier v. Bissonnette</u>.

In addition, respondent's counsel will undergo laser eye surgery for a pre-glaucoma condition on August 6 and August 22 and cannot predict with any certainty the recovery period for this procedure. The procedure also entails post-surgical medical appointments during August.

2

In early September, the respondent's counsel has an oral argument scheduled in the Supreme Judicial Court case, <u>Commonwealth v. Cabrera</u> which the SJC took sua sponte.

A hearing on the merits of the petition is scheduled for September 26, 2007. The petitioner's counsel, who received several extensions over five months to file a memorandum of law, assented to this motion to enlarge but wishes the date for the merits hearing to remain on September 26.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an memorandum of law to September 21, 2007.

    Respectfully submitted,

    MARTHA COAKLEY
    ATTORNEY GENERAL
    <u>/s/ Annette C. Benedetto</u>
    Annette C. Benedetto
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200
    BBO No. 037060

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.1 (A) (2) , the respondent's attorney certifies that she spoke with the petitioner's counsel regarding the above-motion.

    <u>/s/ Annette C. Benedetto</u>
    Annette C. Benedetto
    Assistant Attorney General

3

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

**July 30, 2007**                                   <u>/s/ Annette C. Benedetto</u>
                                                                 **Annette C. Benedetto**