UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS ZULUAGA,<br>  Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>  Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11856-NG<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION TO ENLARGE THE TIME
### FOR FILING A MEMORANDUM IN OPPOSITION TO THE PETITION

From the current deadline of September 21, 2007, the respondent respectfully moves this Court to enlarge the time in which to file an memorandum in opposition to the petition for writ of habeas corpus to September 28, 2007.

As grounds therefor, the respondent's counsel states that she has nearly completed the first draft of the memorandum but additional time is needed for editing and redrafting prior to filing with the court. Respondent's counsel was obliged to work on other projects this week which hampered work on the memorandum. A hearing on the petition is scheduled for November 5, 2007, and it is believed that the petitioner's counsel will have sufficient time to review the respondent's memorandum prior to the hearing. Petitioner's counsel has also assented to this motion.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing a memorandum in opposition to the petition to September 28, 2007.

2

                                       Respectfully submitted,

                                       **MARTHA COAKLEY**
                                       **ATTORNEY GENERAL**
                                       **/s/ Annette C. Benedetto**
                                       **Assistant Attorney General**
                                       **Criminal Bureau**
                                       **One Ashburton Place**
                                       **Boston, Massachusetts 02108**
                                       **(617) 727-2200**
                                       **BBO No. 037060**

## CERTIFICATE OF CONSULTATION

     **Pursuant to Local Rule 7.1 (A) (2) , the respondent's attorney certifies that she conferred with petitioner's counsel who assented to the above motion.**

                                       **/s/ Annette C. Benedetto**
                                       **Assistant Attorney General**

## CERTIFICATE OF SERVICE

     **I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.**

**Dated: September 21, 2007**                        **/s/ Annette C. Benedetto**
                                                             **Assistant Attorney General**