UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL. NO. 05-11856-NG

LUIS ZULUAGA,

Petitioner

V.

LUIS SPENCER,

Respondent.

DEFENDANT'S ASSENTED-TO MOTION FOR ISSUANCE OF WRIT OF
HABEAS CORPUS AD TESTIFICANDUM FOR NOVEMBER 29 HEARING

Now comes the petitioner, Luis Zuluaga, in the above-entitled matter, and hereby moves this Honorable Court to issue a writ of habeas corpus ad testificandum to Luis Spencer, Superintendent, Massachusetts Correctional Institution at Norfolk, 2 Clark Street, Norfolk, MA 02056 [Tel: 508-660-5900], to bring the petitioner to this Court for the hearing scheduled for Thursday, November 29, 2007 at 2:30 P.M. in Courtroom #2 (Gertner, D.J.).

As reason therefore, petitioner states that the hearing is a merits hearing at which evidence may be taken and that it is also in the interests of justice that he be allowed to be present. The respondent through counsel assents to this motion.


Respectfully submitted,
By his attorney,

S/Raymond  E. Gillespie
Raymond E. Gillespie
B.B.O. #192300
875 Massachusetts Ave   Suite 32
Cambridge   MA   02139
(617) 661-3222


Assented to:

s/Annette C. Benedetto
Assistant Attorney General
Commonwealth of Massachusetts
Attorney for Respondent



November 16, 2007



**CERTIFICATE OF SERVICE**

    I, Raymond E. Gillespie, hereby certify that the attached document will be served on all persons registered to receive copies through the ECF system for this case on the date indicated below:


S/Raymond E. Gillespie
Raymond E. Gillespie


November 16, 2007