UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to the **Superintendent of MCI NORFOLK, MA** ANY OTHER AUTHORIZED INDIVIDUAL HAVING CUSTODY OF

YOU ARE COMMANDED to have the body of **LUIS ZULUAGA** now in your custody, before the United States District Court for the District of Massachusetts, **Courtroom No. #2, on the 3rd Floor**, floor, Boston, Massachusetts on **January 4, 2008, at 10:00AM** for the purpose of Evidence Hearing in the case of

**LUIS ZULUAGA V. LUIS SPENCER   CA 05-11856-NG**

and you are to retain the body of said **LUIS ZULUAGA** while before said court upon said day and upon such other days thereafter as his attendance before said court shall be necessary, and as soon as may be thereafter to return said **LUIS ZULUAGA** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 18 8th day of December  2007.

   /s/Nancy Gertner
UNITED STATES DISTRICT JUDGE

                                             Sara A. Thornton
                                             CLERK

        SEAL

                                             BY:/s/ M. Molloy
                                              Deputy Clerk