```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|                        |   |                        |
|------------------------|---|------------------------|
| LUIS ZULUAGA,          | ) |                        |
|                        | ) |                        |
|     Petitioner         | ) |                        |
|                        | ) |                        |
| V.                     | ) | CIVIL. NO. 05-11856-NG |
|                        | ) |                        |
| LUIS SPENCER,          | ) |                        |
|                        | ) |                        |
|     Respondent.        | ) |                        |
|                        | ) |                        |

<u>NOTICE OF APPEAL and REQUEST TO PROCEED IN FORMA PAUPERIS</u>

The petitioner hereby claims an appeal to the United States Court of Appeals for the First Circuit from the order of this Court denying his petition under 28 U.S.C. §2254 entered herein on January 31, 2008.  Petitioner requests leave of court to proceed in forma pauperis and states that he has already been declared so by this Court and is currently still unable to pay court costs or attorney's fees.

Respectfully submitted,

By his attorney,

<u>S/Raymond  E. Gillespie</u>
Raymond E. Gillespie
Attorney for Petitioner
B.B.O. #192300
875 Massachusetts Ave    Suite 32
Cambridge   MA    02139
(617) 661-3222


March 2, 2008

notice_appeal_paup