UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11856

Luis Zuluaga

v.

Luis Spencer

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-24, 26-39

No Sealed Documents

and contained in I- IIII Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/2/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 27, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/27/08

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11856-NG

Zuluaga v. Spencer
Assigned to: Judge Nancy Gertner
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/08/2005
Date Terminated: 01/31/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Luis Zuluaga**                                       represented by **Raymond E. Gillespie**
                                                                    Raymond E. Gillespie, Esq.
                                                                    875 Massachusetts Avenue
                                                                    Suite 32
                                                                    Cambridge, MA 02139
                                                                    617-661-3222
                                                                    Fax: 617-441-9088
                                                                    Email: rgillespie1@prodigy.net
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Luis Spencer**                                       represented by **Annette C. Benedetto**
                                                                    Department of Attorney General
                                                                    One Ashburton Place
                                                                    Boston, MA 02208
                                                                    617-727-2200
                                                                    Fax: 617-727-5755
                                                                    Email: Annette.Benedetto@AGO.state.ma.us
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 0.00, receipt number 0.00 (no civil coversheet or category sheet filed), filed by Luis |

| | | Zuluaga.(Jenness, Susan) (Entered: 09/14/2005) |
|---|---|---|
| 09/14/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Jenness, Susan) Modified on 9/28/2005 (Jenness, Susan). (Entered: 09/14/2005) |
| 09/27/2005 | 2 | Judge Nancy Gertner: ORDER entered; SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Filo, Jennifer) (Entered: 09/27/2005) |
| 10/12/2005 | 3 | MEMORANDUM OF LAW by Luis Zuluaga to 1 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Exhibits)(Filo, Jennifer) (Entered: 10/14/2005) |
| 10/12/2005 | 4 | ADDENDUM re 3 Memorandum in Support of Petition for Writ of Habeas Corpus by Luis Zuluaga. (Filo, Jennifer) (Entered: 10/14/2005) |
| 10/12/2005 | 5 | CERTIFICATE OF SERVICE by Luis Zuluaga re 3 Memorandum in Support, 4 Addendum. (Filo, Jennifer) (Entered: 10/14/2005) |
| 10/18/2005 | 6 | NOTICE of Appearance by Annette C. Benedetto on behalf of Luis Spencer (Benedetto, Annette) (Entered: 10/18/2005) |
| 10/18/2005 | 7 | MOTION for Extension of Time to December 15, 2005 to File Answer *to petition for habeas corpus* by Luis Spencer.(Benedetto, Annette) (Entered: 10/18/2005) |
| 10/19/2005 | | Judge Nancy Gertner: ElectronicORDER entered granting 7 Motion for Extension of Time to 12/15/05 to file a response to petition for writ of habeas corpus. (Filo, Jennifer) (Entered: 10/19/2005) |
| 12/15/2005 | 8 | MOTION to Dismiss *petition for writ of habeas corpus* by Luis Spencer.(Benedetto, Annette) (Entered: 12/15/2005) |
| 12/15/2005 | 9 | MEMORANDUM in Support re 8 MOTION to Dismiss *petition for writ of habeas corpus* filed by Luis Spencer. (Benedetto, Annette) (Entered: 12/15/2005) |
| 12/15/2005 | 10 | NOTICE by Luis Spencer *of filing of exhibits with clerk's office* (Benedetto, Annette) (Entered: 12/15/2005) |
| 12/21/2005 | 11 | Opposition re 8 MOTION to Dismiss *petition for writ of habeas corpus* filed by Luis Zuluaga. (Attachments: # Exhibit)(Filo, Jennifer) Additional attachment(s) added on 12/28/2005 (Filo, Jennifer). (Entered: 12/22/2005) |
| 02/10/2006 | | Judge Nancy Gertner : Electronic ORDER entered granting in part and denying in part 8 Motion to Dismiss:granting Motion to Dismiss [# 8] with regard to Petitioner's third ground for relief, and denying Motion to Dismiss with regard to grounds one and two of the petition. The government has moved to dismiss Zuluaga's habeas petition as time-barred under 28 U.S.C. sec. 2244(d); it argues that because Petitioner did not |

| | | | |
|---|---|---|---|
| | | | comply with the one-year statute of limitations articulated in sec. 2244(d) and because the statute of limitations was not tolled at any point, this Court must dismiss Zuluaga's habeas petition. This Court agrees with the government's argument with respect to Zuluaga's third ground for relief. Zuluaga filed the instant petition five years after the expiration sec. 2244(d)'s statute of limitation and has failed to show any "extraordinary circumstances" to justify its tolling. This Court, however, disagrees with the government with respect to grounds one and two of Zuluaga's habeas petition. Drawing all reasonable inferences in Zuluaga's favor, it is not clear that "no relief could be granted under any set of facts that could be proved consistent with the allegations." Hishon v. King & Spalding, 467 U.S. 69, 73 (1984). Grounds one and two are based on alleged "newly discovered impeachment evidence" and, as such, fall under sec. 2244(d)(1)(D). As such, the statute of limitations begins to run when the "factual predicate of the claim... have been discovered through the exercise of due diligence." The decision of the Massachusetts Superior Court in petitioner's case suggested that the evidence in question fit the standard, "newly discovered information," and implyied that the petitioner acted with the due diligence required by sec. 2244 (d)(1)(D). Accordingly, while count three is dismissed, counts one and two remain. (Gertner, Nancy) (Entered: 02/10/2006) |
| 10/17/2006 | | | ELECTRONIC NOTICE of Status Conference :Status Conference set for 12/19/2006 02:30 PM in Courtroom 2 before Judge Nancy Gertner. Defense counsel is responsible for coordinating (with the Department of Corrections) a telephone conference with Mr. Zuluaga for 12/19/06 at 2:30. Any questions, please call the clerk of 617-748-4870.(Molloy, Maryellen) (Entered: 10/17/2006) |
| 10/30/2006 | | 12 | MOTION to Appoint Counsel and for an Evidentiary Hearing by Luis Zuluaga.(Filo, Jennifer) (Entered: 11/06/2006) |
| 10/30/2006 | | 13 | MEMORANDUM in Support re 12 MOTION to Appoint Counsel and for an Evidentiary Hearing filed by Luis Zuluaga. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three# 4 Exhibit Four)(Filo, Jennifer) (Entered: 11/06/2006) |
| 11/08/2006 | | 14 | Prisoner Trust Fund Account Statement by Luis Zuluaga. (Filo, Jennifer) (Entered: 11/28/2006) |
| 11/28/2006 | | | Judge Nancy Gertner : Electronic ORDER entered granting 12 Motion to Appoint Counsel. (Filo, Jennifer) (Entered: 11/28/2006) |
| 11/28/2006 | | 15 | ATTORNEY ASSIGNMENT Request forwarded to Maria Simeone for appointment of counsel. (Filo, Jennifer) (Entered: 11/28/2006) |
| 12/13/2006 | | 16 | MOTION to Continue status conference to after January 31, 2007 by Luis Spencer.(Benedetto, Annette) (Entered: 12/13/2006) |
| 12/18/2006 | | | Judge Nancy Gertner : Electronic ORDER entered Granting 16 Motion to Continue.... Status Conference RESET FROM 12/19/06 TO 2/1/2007 |

| | | |
|---|---|---|
| | | 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 12/18/2006) |
| 01/05/2007 | 17 | Magistrate Judge Leo T. Sorokin : ORDER entered. CJA 20: Appointment of Attorney Raymond E. Gillespie for Luis Zuluaga :(Simeone, Maria) (Entered: 01/05/2007) |
| 01/30/2007 | 18 | RESPONSE/ANSWER to 1 Petition for writ of habeas corpus (28:2254) by Luis Spencer. (Benedetto, Annette) (Entered: 01/30/2007) |
| 01/30/2007 | 19 | STATE COURT Record. (Benedetto, Annette) (Entered: 01/30/2007) |
| 01/30/2007 | 20 | NOTICE by Luis Spencer re 19 State Court Record *of filing of state court record with Clerk's Office* (Benedetto, Annette) (Entered: 01/30/2007) |
| 02/01/2007 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner : Status Conference held on 2/1/2007. Petitioner shall file a memo in support of Habeas by 4/2/07; Response due 4/30/07. Habeas Hearing set for 5/31/2007 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (Court Reporter none.) (Molloy, Maryellen) (Entered: 02/05/2007) |
| 02/06/2007 | 21 | Letter/request (non-motion) from Luis Zuluaga re: appointment of counsel. (Filo, Jennifer) (Entered: 02/13/2007) |
| 02/14/2007 | | DOCKET SHEET sent to petitioner (Filo, Jennifer) (Entered: 02/14/2007) |
| 04/02/2007 | 22 | First MOTION for Extension of Time to April 30, 2007 to File Memorandum of Law by Luis Zuluaga.(Gillespie, Raymond) (Entered: 04/02/2007) |
| 04/04/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 22 Assented to Motion for Extension of Time to April 30, 2007 to File Memorandum of Law by Luis Zuluaga. (Filo, Jennifer) (Entered: 04/04/2007) |
| 04/11/2007 | 23 | STATE COURT Record. (Benedetto, Annette) (Entered: 04/11/2007) |
| 04/11/2007 | 24 | NOTICE by Luis Spencer re 23 State Court Record *of filing of hearing and trial transcripts from state court proceedings with Clerk's Office* (Benedetto, Annette) (Entered: 04/11/2007) |
| 04/11/2007 | 25 | TRANSCRIPT (State Court) of Motion Hearings/Trial. (Filo, Jennifer) (Entered: 04/13/2007) |
| 04/30/2007 | 26 | Second MOTION for Extension of Time to May 7, 2007 to File Memorandum of Law *or Other Supplemental Pleading - Assented To* by Luis Zuluaga.(Gillespie, Raymond) (Entered: 04/30/2007) |
| 05/01/2007 | | Judge Nancy Gertner : Electronic ORDER entered Granting 26 Motion for Extension of Time to file a Memo of Law or other supplemental pleading....due by 5/7/2007. (Molloy, Maryellen) (Entered: 05/01/2007) |
| 05/07/2007 | 27 | Third MOTION for Extension of Time to May 14, 2007 to File Supplemental Memorandum of Law *Assented-to* by Luis Zuluaga.(Gillespie, Raymond) (Entered: 05/07/2007) |

| | | |
|---|---|---|
| 05/08/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 27 Assented to Third Motion for Extension of Time to May 14, 2007 to File Supplemental Memorandum of Law. (Filo, Jennifer) (Entered: 05/08/2007) |
| 05/25/2007 | 28 | Joint MOTION to Modify Briefing Schedule and Continue Hearing Date by Luis Zuluaga.(Gillespie, Raymond) (Entered: 05/25/2007) |
| 05/30/2007 | | Judge Nancy Gertner : Electronic ORDER entered Granting 28 Motion for Modify briefing schedule and to continue the motion hearing. Motion hearing is reset from 5/31/07 to 9/26/07 at 3:00pm. (see motion for details) (Molloy, Maryellen) (Entered: 05/30/2007) |
| 07/01/2007 | 29 | Supplemental MEMORANDUM in Support re 28 Joint MOTION to Modify Briefing Schedule and Continue Hearing Date filed by Luis Zuluaga. (Gillespie, Raymond) (Entered: 07/01/2007) |
| 07/01/2007 | 30 | MOTION for Leave to File *Supplemental Memorandum Instanter* by Luis Zuluaga.(Gillespie, Raymond) (Entered: 07/01/2007) |
| 07/30/2007 | 31 | MOTION for Extension of Time to Sept. 21, 2007 to file memorandum of law by Luis Spencer.(Benedetto, Annette) (Entered: 07/30/2007) |
| 07/31/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 31 Motion for Extension of Time to September 21, 2007 to file memorandum of law. (Gaudet, Jennifer) (Entered: 07/31/2007) |
| 09/18/2007 | | ELECTRONIC NOTICE OF RESCHEDULING:Evidentiary Hearing is reset from 9/26/07 to 11/5/2007 at 03:15 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 09/18/2007) |
| 09/21/2007 | 32 | MOTION for Extension of Time to Sept. 28, 2007 to file memorandum in opposition to petition by Luis Spencer.(Benedetto, Annette) (Entered: 09/21/2007) |
| 09/24/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 32 Motion for Extension of Time to Sept. 28, 2007 to file memorandum in opposition to petition by Luis Spencer (Gaudet, Jennifer) (Entered: 09/24/2007) |
| 09/24/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 30 Motion for Leave to File Supplemental Memorandum Instanter by Luis Zuluaga. (Gaudet, Jennifer) (Entered: 09/24/2007) |
| 09/28/2007 | 33 | MEMORANDUM OF LAW by Luis Spencer to 1 Petition for writ of habeas corpus (28:2254). (Benedetto, Annette) (Entered: 09/28/2007) |
| 11/05/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner : Atty Gillespie & Atty Benedetto present.Status Conference held on 11/5/2007, court continues the Evidence hearing to 11/29/07. Atty Gillespie will file a motion to habe Mr. Zuluaga in for the next hearing.Evidentiary Hearing reset to 11/29/2007 02:30 PM in Courtroom 2 before Judge Nancy Gertner. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 11/06/2007) |

| | | |
|---|---|---|
| 11/16/2007 | ●34 | MOTION for Writ of Habeas Corpus ad testificandum *for November 29 Hearing* by Luis Zuluaga.(Gillespie, Raymond) (Entered: 11/16/2007) |
| 11/27/2007 | ● | ELECTRONIC NOTICE OF RESCHEDULING:Evidentiary Hearing reset to 1/3/2008 02:45 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 11/27/2007) |
| 11/28/2007 | ● | ELECTRONIC NOTICE OF RESCHEDULING:Evidentiary Hearing reset to 1/4/2008 11:00 AM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 11/28/2007) |
| 12/18/2007 | ●35 | Writ of Habeas Corpus ad Testificandum Issued as to Luis Zuluaga for 1/4/08.Copy of Habeas forwarded to Marshals on 12/18/07.(Molloy, Maryellen) (Entered: 12/18/2007) |
| 01/03/2008 | ● | Judge Nancy Gertner: Electronic ORDER entered finding as moot 34 Motion for Writ of Habeas Corpus ad testificandum. (Gaudet, Jennifer) (Entered: 01/03/2008) |
| 01/04/2008 | ● | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner: Motion Hearing held on 1/4/2008 re 34 MOTION for Writ of Habeas Corpus filed by Luis Zuluaga...Mtn hrg held, all matters taken under advisement. Mr. Zuluaga was present for hrg. (Court Reporter: O'Hara.)(Attorneys present: Atty Gillespie, Atty Benedetto) (Molloy, Maryellen) (Entered: 01/04/2008) |
| 01/31/2008 | ●36 | Judge Nancy Gertner: ORDER entered. MEMORANDUM AND ORDER RE: PETITION FOR HABEAS CORPUS; PETITION DENIED.(MacDonald, Gail) (Entered: 01/31/2008) |
| 01/31/2008 | ● | Civil Case Terminated. (MacDonald, Gail) (Entered: 01/31/2008) |
| 03/02/2008 | ●37 | MOTION for Certificate of Appealability by Luis Zuluaga.(Gillespie, Raymond) (Entered: 03/02/2008) |
| 03/02/2008 | ●38 | MOTION for Leave to Proceed in forma pauperis *and Notice of Appeal* by Luis Zuluaga.(Gillespie, Raymond) (Entered: 03/02/2008) |
| 03/02/2008 | ●39 | NOTICE OF APPEAL as to 36 Memorandum & ORDER by Luis Zuluaga NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/24/2008. (Gaudet, Jennifer) (Entered: 03/25/2008) |