# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11856

Luis Zuluaga

v.

Luis Spencer

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-24, 26-39

No Sealed Documents

and contained in I- IIII Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/2/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 27, 2008.

Sarah A Thornton, Clerk of Court

By: *[signature]*

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/28/08 .

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 18-1402

- 3/06